# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RENWICK L. TUCKER,

    Plaintiff,

v.                                                         Case No. 6:22-cv-639-WWB-EJK

KARLOS DIAZ-DELGADO and WAYNE IVEY,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review of the docket. On April 12, 2022, the Court stayed this civil rights action pending completion of Plaintiff's state court criminal proceeding. (Doc. 5 at 3). The Court directed Plaintiff to file a motion to reopen the case within thirty days after his criminal proceeding in the Eighteenth Judicial Circuit Court in and for Brevard County, Florida in case number 05-2021-cf-046568 was completed and warned him that the failure to do so would result in the dismissal of the case without further notice. (*Id.*). The Court takes judicial notice from the Brevard County Clerk of Court's website that Plaintiff's criminal proceeding in case number 05-2021-cf-046568 concluded on August 30, 2022. *See State v. Tucker*, Case No. 05-2021-cf-046568, https://vmatrix1.brevardclerk.us. Plaintiff failed to move to reopen this case as ordered.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to lift the stay and administrative closure of this case and close this file.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party

2